IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | CIVIL ACTION  No. 13-2793 |
| STANLEY J. SEGAL, | : | |
| | : | |
| Appellant, | : | BANKRUPTCY No. 10-16822 |
| | : | |
| v. | : | |
| | : | |
| ROBERT H. HOLBER, TRUSTEE | : | |
| FOR STANLEY J. SEGAL | : | |
| | : | |
| Appellee. | : | |

## <u>ORDER</u>

AND NOW, this 20th day of March, 2014, for the reasons set forth in the accompanying

Memorandum, it is ORDERED the above-captioned bankruptcy appeal is DISMISSED pursuant

to 28 U.S.C. § 158(a).

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.